728 Millbridge Rd.
Clementon, NJ 08021

7020 2450 0000 8909 2383

U.S. POSTAGE PAID
FCM LETTER
CLEMENTON, NJ
08021
JAN 21, 21
AMOUNT

**$6.95**

R2304Y123269-10

U.S. District Court
4th & Cooper Street
Camden, NJ 08101

RECEIVED
JAN 26 2021
AT 8:30
WILLIAM T. WALSH
CLERK
M

08101-999955